**IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| Stacie Laviano, | ) |
| | ) |
| Plaintiff, | )    Case: 3:26-cv-03970-TKW-ZCB |
| | ) |
| v. | ) |
| | ) |
| Centurion of Florida, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), *amici*, Stacie Laviano, as personal representative of the Estate of Trey Allyn Cornwell, respectfully moves for the admission *pro hac vice* of Sam A. Haton, a licensed member of the Northern District of Illinois Bar. In support of this motion, *amici* state as follows:

1. Sam A. Harton resides in Illinois and is not a resident of the State of Florida and is not admitted to practice in the Northern District of Florida.

2. Mrs. Harton is licensed to practice law in the Northern District of Illinois and is a member in good standing of their Bar, as verified by the Clerk for the Northern District of Illinois. See also Exhibit A.

3. Mrs. Harton successfully completed the online Attorney Admission Exam, Tutorial, and the online CM/ECF Tutorial.

4. Mrs. Haton studied and is familiar with the Local Rules of this District.

5. Mrs. Harton has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is sharton@rblaw.net.

6. Mrs. Harton is paying the required $219.00 pro hac vice fee for this case at the time of filing.

WHEREFORE, *amici* respectfully request that the Court permit Sam Harton to appear *pro hac vice*.


Date: June 3, 2026

/s/ Sam A. Harton

Sam A. Harton
**ROMANUCCI & BLANDIN**
321 n Clark Street, STE 900
Chicago, IL 60654
312-253-8509
sharton@rblaw.net