# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

                                                              }**ss.** Samantha Harton

*Northern District of Illinois*


    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Samantha Harton was duly admitted to practice in said Court on (11/29/2022) and is in good standing as a member of the bar of said court.


Dated at Chicago, Illinois
on (05/29/2026 )


                                        Thomas G. Bruton , Clerk,

                                        By: Thomas Erskine
                                                Deputy Clerk


A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ TERSKINE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
May 29, 2026