**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STACIE LAVIANO,** as Personal
Representative of the Estate of Trey
Allyn Cornwell, and on behalf of the
estate and survivors,

      **Plaintiff**,

**v.**

      **Case No. 3:26-cv-3970-TKW-ZCB**

**CENTURION OF FLORIDA, LLC**,
**et al.**,

      **Defendants**.

_____/

## **ORDER**

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Sam A. Harton (Doc. 5). The Court finds based on the motion and supporting documentation that Mrs. Harton meets the requirements in Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Sam A. Harton is authorized to appear *pro hac vice* for Plaintiff.

**DONE and ORDERED** this 4th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**