# VERIFIED RETURN OF SERVICE

Job # T261611

### Client Info:

Slater Legal PLLC
2296 HENDERSON MILL RD NE #116
ATLANTA, GEORGIA 30345

### Case Info:

| | |
|---|---|
| **PLAINTIFF:**<br>STACIE LAVIANO, as Personal Representative of the ESTATE OF TREY ALLYN CORNWELL<br>  -versus-<br>**DEFENDANT:**<br>Centurion of Florida, LLC; et al. | USDC FOR THE NORTHERN DISTRICT OF FLORIDA<br>Court Division: PENSACOLA DIVISION<br><br>Court Case # **3:26-cv-3970-TKW-ZCB** |

### Service Info:

**Received by GAYLE MEADE: on June, 1st 2026** at **01:54 PM**
**Service:** I Served **Steve Jones**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT**
by leaving with **Steve Jones, INDIVIDUALLY**

**At Business 5850 E. MILTON RD MILTON, FL 32583**
On **6/4/2026** at **08:30 AM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

I **GAYLE MEADE** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____

**GAYLE MEADE**
Lic # **473**

**ACCURATE SERVE OF TALLY**
400 CAPITAL CIRCLE ST STE. 18291
Tallahassee, FL 32301

Client # T261611
Ref # P260580




1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | | |
|---|---|---|
| Stacie Laviano, as Personal Representative of the Estate of Trey Allyn Cornwell, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  3:26-cv-3970-TKW-ZCB |
| v. | ) ) | |
| Centurion of Florida, LLC, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steve Jones
5850 E. Milton Rd
Milton, Florida 32583

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    06/01/2026

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*