# VERIFIED RETURN OF SERVICE

Job # T261610

## Client Info:

Slater Legal PLLC
2296 HENDERSON MILL RD NE #116
ATLANTA, GEORGIA 30345

## Case Info:

**PLAINTIFF:**
STACIE LAVIANO, as Personal Representative of the ESTATE OF
TREY ALLYN CORNWELL
 -versus-
**DEFENDANT:**
Centurion of Florida, LLC; et al.

USDC FOR THE NORTHERN DISTRICT OF FLORIDA
Court Division: PENSACOLA DIVISION

Court Case # **3:26-cv-3970-TKW-ZCB**

## Service Info:

**Date Received: 6/1/2026 at 11:01 AM**
**Service:** I Served **Deone M. Johnson**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT**
by leaving with **MICHAEL JOHNSON, HUSBAND**

**At Residence 166 SHADOW HILL DR BREWTON, AL 36426**
On **6/5/2026** at **12:43 PM**
**Manner of Service: SUBSTITUTE SERVICE**
FS 48.031(1)(a) Service of original process is made by delivering a copy of it to the person to be served with a copy of the complaint, petition, or other initial pleading or paper or by leaving the copies at his or her usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents. Minors who are or have been married shall be served as provided in this section.

## Served Description: (Approx)

Age: **50-60**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **165**, Hair: **Brown** Glasses: **No**

I **Wanda Green** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: /s/ Wanda Green
**Wanda Green**

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T261610**




1 of 1