**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STACIE LAVIANO, individually,
as Personal Representative of the
ESTATE OF TREY ALLYN CORNWELL,
and on behalf of the estate and survivors,

     Plaintiff,

v.                                                                  **CASE NO.:** 3:26-cv-03970-TKW-ZCB

CENTURION OF FLORIDA, LLC,
et al.,

     Defendants.

_____/

**<u>DEFENDANTS' NOTICE OF APPEARANCE</u>**

Rachel E. Eilers of the law firm of Hill Ward Henderson gives Notice of Appearance

as lead counsel for Defendants, Centurion of Florida, LLC, Rebecca Price, LPN, Sheila

Melvin, APRN, Daniel Winfree, RN, Jeremy Shiver, MD, Deone Johnson, RN, Kristina

Tichenor, RN, BH, and Steve Jones, LPN. The undersigned should be added to all service

lists and should be copied on all papers and pleadings in this action. The undersigned also

certifies that she is admitted to practice in this Court and is registered with CM/ECF.

     Respectfully submitted,

        /s/ *Rachel E. Eilers*
        Rachel E. Eilers (FBN 1019587)

[*Certificate of Service to Follow*]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **June 22, 2026**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide a notice of electronic filing to counsel of record.

/s/ *Rachel E. Eilers*

Ethen R. Shapiro (FBN 669881)
Rachel E. Eilers (FBN 1019587)
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
Ethen.Shapiro@hwhlaw.com
Rachel.Eilers@hwhlaw.com
*Attorneys for Defendants Centurion of Florida, LLC, Rebecca Price, LPN, Sheila Melvin, APRN, Daniel Winfree, RN, Jeremy Shiver, MD, Deone Johnson, RN, Kristina Tichenor, RN, BH, and Steve Jones, LPN.*