**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

STACIE LAVIANO, individually,
as Personal Representative of the
ESTATE OF TREY ALLYN CORNWELL,
and on behalf of the estate and survivors,

     Plaintiff,

v.                              **CASE NO.:**        3:26-cv-03970-TKW-ZCB

CENTURION OF FLORIDA, LLC,
et al.,

     Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Centurion of Florida, LLC, ("Centurion"), Rebecca Price, LPN, Sheila Melvin, APRN, Daniel Winfree, RN, Jeremy Shiver, MD, Deone Johnson, RN, Kristina Tichenor, RN, BH, and Steve Jones, LPN, (collectively, "Centurion Defendants"), by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby move for an extension of time to respond to Plaintiff's Complaint, up to and including August 21, 2026, and in support thereof, state:

1. Trey Cornwell, ("Mx"[1]) was an inmate incarcerated within the Florida Department of Corrections ("FDC") housed at Santa Rosa Correctional Institution ("SRCI").

---

[1] As outlined in the Complaint, Inmate Cornwell went by the name Michelle, using "they/them" pronouns and the honorific "Mx."

2.      Plaintiff, Stacie Laviano, on behalf of Mx, filed this action against the Centurion Defendants, amongst others, on May 29, 2026. (Doc. 1).

3.      Subsequently, undersigned counsel was retained to represent the Centurion Defendants in this matter and has filed Notices of Appearance on their behalf. (Docs. 17, 19).

4.      Upon review of the docket, it appears that service was executed as to all of the Centurion Defendants, on various dates, generating different response deadlines. (*See*, Docs. 7, 8, 9, 10, 11, 12, 16).

5.      However, upon investigation, it was determined that Defendant Steve Jones, LPN, was not properly served.[2] (Doc. 12).

6.      Consequently, undersigned counsel contacted counsel for Plaintiff, in good faith, to inform them of the improper service and to confer regarding an extension of time for the Centurion Defendants to respond to the Complaint.

7.      Namely, in the interest of judicial efficacy, undersigned counsel offered to execute a waiver of service on behalf Defendant Jones in exchange for an agreement to extend the deadline for all Centurion Defendants to August 21, 2026, the deadline for Defendant Jones, to allow counsel to file one response on behalf of all Centurion Defendants collectively.

8.      Plaintiff agreed to the waiver and requested extension and the waiver of service for Defendant Jones was promptly executed and filed. (Doc. 18).

---

[2] An FDC Officer Steve Jones, as opposed to LPN Jones, was served.

9.      As such, undersigned counsel now moves this Court for an extension of time for the remaining Centurion Defendants and respectfully requests an extension up to and including August 21, 2026, for the Centurion Defendants to file a collective response to Plaintiff's Complaint.

10.     This request is made in good faith and not for the purposes of delay.

11.     The requested extension of time will not prejudice any party nor will it cause significant delay in the prosecution of this action.

12.     Moreover, pursuant to Local Rule 7.1(B), undersigned counsel has conferred with counsel for Plaintiff who does not oppose the requested extension.

**WHEREFORE**, the Centurion Defendants respectfully request that the Court enter an Order allowing an extension of time, up to August 21, 2026, to respond to Plaintiff's Complaint, together with such other and further relief as the Court deems just and appropriate.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on **June 22, 2026**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic notice of service to counsel of record.

/s/ *Rachel E. Eilers*

Ethen R. Shapiro (FBN 669881)
Rachel E. Eilers (FBN 1019587)
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
Ethen.Shapiro@hwhlaw.com
Rachel.Eilers@hwhlaw.com
*Attorneys for Defendants Centurion of Florida,*

-3-

*LLC, Rebecca Price, LPN, Sheila Melvin, APRN, Daniel Winfree, RN, Jeremy Shiver, MD, Deone Johnson, RN, Kristina Tichenor, RN, BH, and Steve Jones, LPN.*

22700957v1