**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STACIE LAVIANO,** as Personal
Representative of the Estate of Trey
Allyn Cornwell, and on behalf of the
estate and survivors,

      **Plaintiff**,

**v.**                                                    **Case No. 3:26-cv-3970-TKW-ZCB**

**CENTURION OF FLORIDA, LLC**,
**et al.**,

      **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of the unopposed motion for extension of time filed by Defendants Centurion of Florida, LLC, Rebecca Price, LPN, Sheila Melvin, APRN, Daniel Winfree, RN, Jeremy Shiver, MD, Deone Johnson, RN, Kristina Tichenor, RN, BH, and Steve Jones, LPN ("the Centurion Defendants") (Doc. 20), it is

**ORDERED** that the motion is **GRANTED**, and the Centurion Defendants have until August 21, 2026, to collectively answer or otherwise respond to the complaint.

**DONE and ORDERED** this 23rd day of June, 2026.

                              _____

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**