# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**STACIE LAVIANO, as Personal
Representative of the Estate of Trey
Allyn Cornwell, and on behalf of the
estate and survivors,**
     Plaintiff,

**v.**                                   **Case No.:  3:26CV03970-TKW-ZCB**

**CENTURION OF FLORIDA, LLC., et al.**

     **Defendants.**

_____/

## NOTICE OF APPEARANCE

The undersigned counsel files this Notice of Appearance as lead counsel for

**Defendants  TIMOTHY  TRAINER,  VALERIE  BOATWRIGHT  AND**

**HAILEY LYNN-MARIE MONROE** and requests that all pleadings, motions and

notices be served upon the undersigned at the address set forth below.

                                   Respectfully submitted,

                                   **JAMES UTHMEIER**
                                   ATTORNEY GENERAL

                                   /s/ Clarissa Jimenez, Esq.
                                   **Clarissa V. Jimenez, Esq.**
                                   Senior Assistant Attorney General
                                   Florida Bar No.:  1040920
                                   Office of the Attorney General
                                   The Capitol, Suite PL-01
                                   Tallahassee, Florida 32399
                                   Telephone: (850) 414-3709
                                   Facsimile: (850) 488-4872
                                   clarissa.jimenez@myfloridalegal.com

Dennisha.Jackson@myfloridalegal.com
Spencer.Gordon@myfloridalegal.com
*Counsel for Defendants Trainer &*
*Boatwright*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Notice of Appearance*

was electronically filed with the Clerk of Court and served on all Counsel of records

using CM/ECF on July 16th, 2026.

/s/ Clarissa Jimenez, Esq.
Clarissa Jimenez, Esq.