**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STACIE LAVIANO,** as Personal
Representative of the Estate of Trey
Allyn Cornwell, and on behalf of the
estate and survivors,

      **Plaintiff**,

**v.**                                                                 **Case No. 3:26-cv-3970-TKW-ZCB**

**CENTURION OF FLORIDA, LLC**,
**et al.**,

      **Defendants**.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of the motion for extension of time filed by Defendants Boatwright, Monroe, and Trainer (Doc. 24), it is

**ORDERED** that the motion is **GRANTED**, and Defendants Boatright, Monroe, and Trainer have until August 17, 2026, answer or otherwise respond to the complaint.

**DONE and ORDERED** this 17th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**