**IN THE UNITED STATES COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| Stacie Laviano, | ) |
| | ) |
| Plaintiff, | ) Case: 3:26-cv-03970-TKW-ZCB |
| | ) |
| v. | ) |
| | ) |
| Centurion of Florida, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO CONSOLIDATE AND EXTEND BRIEFING SCHEDULE**

NOW COMES Plaintiff, hereby moving to consolidate and extend the briefing schedule of the motions to dismiss filed by the defendants in this case. Plaintiff states as follows:

1. On August 17, 2026, Defendants Valerie Boatwright, Hailey-Lynn Monroe, and Timothy Michael Trainer filed a motion to dismiss the Complaint. ECF 26. The Court ordered Plaintiff respond to that motion by August 31, 2026.

2. On August 21, 2026, Defendants Centurion of Florida, LLC, Deone Johnson, Steve Jones, Sheila Melvin, Rebecca Price, Jeremy Shiver, Kristina Tichenor, and Daniel Winfree filed a separate motion to

dismiss. ECF 28. The Court ordered Plaintiff respond to that motion by September 4, 2026.

3. Both motions to dismiss involve overlapping issues of fact and law. Consolidating the briefing schedule so that Plaintiff's responses to both motions are due simultaneously would promote judicial efficiency and reduce duplicative effort by the parties.

4. Undersigned counsel, who bears primary responsibility for this briefing, was ill from August 15, 2026, through August 23, 2026. This illness resulted in the loss of a full week of preparation time not only related to the instant briefing, but other professional obligations as well, all of which must now be addressed in a compressed timeframe.

5. Undersigned counsel will be out of the office from August 28, 2026, through September 4, 2026, due to pre-planned travel, further limiting the time available to research, draft, and finalize response briefs that adequately address all issues raised in the pending motions to dismiss.

6. Each moving defendant substantively attacks Plaintiff's complaint and seeks dismissal of all claims asserted against it. This briefing is therefore of critical importance to Plaintiff's case, and the

interests of justice require that counsel be afforded adequate time to thoroughly address every issue raised therein.

7. Accordingly, there is good cause to consolidate and extend the briefing schedule so that Plaintiff's response to all motions to dismiss filed in this case are due September 16, 2026.

8. This motion is not brought for purposes of delay or any other improper purpose.

9. Defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Court vacate the response deadlines previously set regarding the defendants' motions to dismiss (ECF 26 and ECF 28) and order that Plaintiff shall be required to file responses to defendant's motions to dismiss on or before September 16, 2026.

Date: August 26, 2026

/s/ Sam A. Harton

Sam A. Harton
**ROMANUCCI & BLANDIN**
321 n Clark Street, STE 900
Chicago, IL 60654
312-253-8509
sharton@rblaw.net

James M. Slater (FBN 111779)
SLATER LEGAL PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel. (305) 523-9023
james@slater.legal

## CERTIFICATE OF CONFERRAL

I hereby certify that Plaintiff, by and through counsel, complied with the attorney-conference requirement of Local Rule 7.1. On August 24, 2026, undersigned counsel circulated a copy of this motion to all defendants. No defendants oppose this motion.

/s/ Sam A. Harton