**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STACIE LAVIANO,** as Personal Representative of the Estate of Trey Allyn Cornwell, and on behalf of the estate and survivors,

**Plaintiff**,

**v.** **Case No. 3:26-cv-3970-TKW-ZCB**

**CENTURION OF FLORIDA, LLC**, **et al.**,

**Defendants**.

_________________________________/

**<u>ORDER GRANTING EXTENSION OF TIME</u>**

Upon due consideration of Plaintiff's unopposed motion for extension of time (Doc. 29), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff has until September 16, 2026, to respond to both pending motions to dismiss.

**DONE and ORDERED** this 27th day of August, 2026.

______________________________
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**