**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STACIE LAVIANO, individually,
as Personal Representative of the
ESTATE OF TREY ALLYN CORNWELL,
and on behalf of the estate and survivors,

Plaintiff,

v.

**CASE NO.:** 3:26-cv-03970-TKW-ZCB

CENTURION OF FLORIDA, LLC,
et al.,

Defendants.
______________________________________/

**DEFENDANT'S DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE**

Defendant, Centurion of Florida, LLC, pursuant to Fed. R. Civ. P. Rule 7.1, hereby makes the following disclosures:

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   The parent corporation, Centurion Equity, Inc., holds MHM Services, Inc., d/b/a Centurion Group, Inc., which holds Centurion, LLC, which holds Centurion of Florida, LLC. Defendant certifies that no publicly held corporation owns 10% or more of its stock.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   *See* Response to No. 1 above, otherwise none known.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   None.

**4.** If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

N/A.

**5.** Identify any entity or natural person not already disclosed and likely to actively participate in this action.

None known.

**6.** Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

None known.

**7.** If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

N/A.

**8.** If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

N/A.

**Certificate**

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Dated: September 1, 2026

Signed:

/s/ *Rachel E. Eilers*

Ethen R. Shapiro (FBN 669881)
Rachel E. Eilers (FBN 1019587)
Hill Ward Henderson
P.O. Box 2231

Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
Ethen.Shapiro@hwhlaw.com
Rachel.Eilers@hwhlaw.com
*Attorneys for Defendant Centurion of Florida, LLC.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **September 1, 2026**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide a notice of electronic filing to counsel of record.

/s/ *Rachel E. Eilers*
Rachel E. Eilers (FBN 1019587)