UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| Stacie Laviano,<br><br>Plaintiff,<br><br>v.<br><br>Centurion of Florida, et al,<br><br>Defendant. | Case No. 3:26-cv-3970-MCR-MJF |

**NOTICE OF AMENDMENT**

On September 16, 2026, Plaintiff filed a response to Defendants' pending motions to dismiss. ECF 32. This response was filed timely, pursuant to the Court's Order. ECF 30. Immediately upon filing, Plaintiff's counsel noticed a typographic error in the filed response and sought to correct it. Approximately an hour after the initial response was filed, Plaintiff filed a corrected response. ECF 33. Plaintiff's counsel then noticed that the corrected response contained a new error—two long Westlaw hyperlinks copied into the brief that link to two referenced cases. Plaintiff's counsel is unsure of how those links were added into the brief, as they were not in the original filing. Plaintiff notes that the hyperlinks include the phrase "AI Assistant Search." That appears to be a feature of

Westlaw's hyperlinks. Plaintiff notes this to assure the Court that Plaintiff's response brief was written by her legal counsel, not artificial intelligence.

Plaintiff has filed another corrected response at ECF 34. The corrected response does not differ in substance from the initial filings. Plaintiff files this notice to explain to the Court why multiple responses were filed and submits that the responses filed at ECF 32 and 33 should be disregarded. ECF 34 is the correct response brief.

Plaintiff's counsel apologizes for any inconvenience or confusion caused by these multiple filings.

*/s/ Sam Harton*

James M. Slater (FBN 111779)
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
(404) 458-7283
james@slater.legal

Sam Harton*
ROMANUCCI & BLANDIN, LLC
321 N. Clark St. STE 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
sharton@rblaw.net
**Pro hac vice*
*Attorneys for Plaintiff*