UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACIE LAVIANO,

Plaintiff,

v.

CENTURION OF FLORIDA, et al.,

Defendants.

Case No. 3:26-cv-03970-TKW-ZCB

# PLAINTIFF'S INITIAL RULE 26(a)(1) DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Stacie Laviano provides the following disclosures.

**I.** **Rule 26(a)(1)(A)(i):** the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

| | **Name/Address** | **Subjects of Discoverable Information** |
|---|---|---|
| 1. | Laviano, Stacie<br>c/o Romanucci & Blandin | Can testify to claims and damages. |
| 2. | Laviano, Troy<br>c/o Romanucci & Blandin | Can testify concerning damages. |

| | | |
|---|---|---|
| 3. | Shiver, Jeremy<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses; can testify concerning Centurion policies and procedures. |
| 4. | Tichenor, Kristina<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses; can testify concerning Centurion policies and procedures. |
| 5. | Price, Rebecca<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses; can testify concerning Centurion policies and procedures. |
| 6. | Melvin, Sheila<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses; can testify concerning Centurion policies and procedures. |
| 7. | Winfree, Daniel<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses; can testify concerning Centurion policies and procedures. |
| 8. | Johnson, Deone M.<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses; can testify concerning Centurion policies and procedures. |
| 9. | Jones, Steve<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses; can testify concerning Centurion policies and procedures. |
| 10. | Boatwright, Valerie<br>c/o Fla. Atty Gen. Office | Can testify concerning claims and defenses; can testify concerning FDC policies and procedures. |

| | | |
|---|---|---|
| 11. | Monroe, Hailey Lynn Marie<br>c/o Fla. Atty Gen. Office | Can testify concerning claims and defenses; can testify concerning FDC policies and procedures. |
| 12. | Trainer, Timothy Michael<br>c/o Fla. Atty Gen. Office | Can testify concerning claims and defenses; can testify concerning FDC policies and procedures. |
| 13. | Florida Dep't of Corrections<br>Records Custodian and/or<br>Corporate Representative<br>501 S. Calhoun Street<br>Tallahassee, FL 32399 | Can testify concerning FDC policies and procedures, FDC post-incident investigation, decedent's records, and Defendants' records |
| 14. | Centurion of Florida, LLC<br>Records Custodian and/or<br>Corporate Representative<br>c/o Hill Ward Henderson | Can testify concerning decedent's medical condition and medical records; Centurion policies and procedures; Centurion records concerning inmate self-harm; Centurion communications with FDC |
| 15. | Santa Rosa Medica Center<br>Records Custodian and/or<br>Corporate Representative<br>6002 Berryhill Rd<br>Milton, FL 32570<br>(850) 626-7762 | Can testify concerning decedent's medical condition and records during hospital admission |
| 16. | Valkanas, D.O., Steven<br>6002 Berryhill Rd<br>Milton, FL 32570<br>(850) 626-7762 | Can testify concerning decedent's medical condition and records during hospital admission |
| 17. | Houston, APRN, Merlandie<br>6002 Berryhill Rd<br>Milton, FL 32570<br>(850) 626-7762 | Can testify concerning decedent's medical condition and records during hospital admission |

| | | |
|---|---|---|
| 18. | Lari, M.D., Nabilah<br>6002 Berryhill Rd<br>Milton, FL 32570<br>(850) 626-7762 | Can testify concerning decedent's medical condition and records during hospital admission |
| 19. | Sanchez, M.D., Dayan<br>6002 Berryhill Rd<br>Milton, FL 32570<br>(850) 626-7762 | Can testify concerning decedent's medical condition and records during hospital admission |
| 20. | Mondragon, PA-C, Ashton<br>6002 Berryhill Rd<br>Milton, FL 32570<br>(850) 626-7762 | Can testify concerning decedent's medical condition and records during hospital admission |
| 21. | Garrett, Williams<br>6002 Berryhill Rd<br>Milton, FL 32570<br>(850) 626-7762 | Can testify concerning decedent's medical condition and records during hospital admission |
| 22. | Howard, Tara<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses and decedent's records prior to hospitalization at Santa Rosa Medical Center; can testify concerning Centurion policies and procedures. |
| 23. | Melvin, S.<br>c/o Hill Ward Henderson | Can testify concerning claims and defenses and decedent's records prior to hospitalization at Santa Rosa Medical Center; can testify concerning Centurion policies and procedures. |
| 24. | Campbell, Nicholas<br>c/o Fla. Atty. Gen. Office | Can testify concerning claims and defenses; can testify concerning FDC policies and procedures. |

| | | |
|---|---|---|
| 25. | Gibson, Jason Allen<br>c/o Fla. Atty. Gen. Office | Can testify concerning claims and defenses; can testify concerning FDC policies and procedures. |
| 26. | Bradley, John Andrew<br>c/o Fla. Atty. Gen. Office | Can testify concerning claims and defenses; can testify concerning FDC policies and procedures. |
| 27. | Sheldon, Jonathan L.<br>c/o Fla. Atty. Gen. Office | Can testify concerning claims and defenses; can testify concerning FDC policies and procedures. |
| 28. | Greeson, Kyndell<br>5961 Commerce Rd.<br>Milton, FL 32583<br>(850) 332-7300 | Can testify concerning autopsy and medical examiner's findings. |
| 29. | Corrales, Alejandra<br>5961 Commerce Rd.<br>Milton, FL 32583<br>(850) 332-7300 | Can testify concerning autopsy and medical examiner's findings. |
| 30. | Oleske, Deanna<br>5961 Commerce Rd.<br>Milton, FL 32583<br>(850) 332-7300 | Can testify concerning autopsy and medical examiner's findings. |

| | | |
|---|---|---|
| 31. | District 1 Medical Examiner's Office, Records Custodian and/or Corporate Representative<br>5961 Commerce Rd.<br>Milton, FL 32583<br>(850) 332-7300 | Can testify concerning autopsy and medical examiner's findings. |
| 32. | Jones, Keith Det.<br>c/o Fla. Atty. Gen. Office | Can testify concerning post-death investigation by Office of Inspector General; can testify concerning FDC policies and procedures. |
| 33. | Cherry, Darryl<br>c/o Fla. Atty. Gen. Office | Can testify concerning post-death investigation by Office of Inspector General; can testify concerning FDC policies and procedures. |
| 34. | Any and all witnesses listed by Defendants in their respective Rule 26 disclosures are adopted and incorporated as if set forth herein. | |
| 35. | Witnesses who become known or are disclosed in documents set forth in Defendants' Rule 26 disclosures are adopted and incorporated as if set forth herein. | |

**II.** Rule 26(a)(1)(A)(ii): a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

Without the benefit of full discovery, Plaintiff has the following documents in her possession, custody, or control at present that support her claims:

1. Medical records—Florida Department of Corrections & Centurion of

Florida;

2. Classification and investigative records—Florida Department of Corrections;

3. Witness statements of Plaintiff, Scholz, and inmates—Georgia Department of Corrections;

4. Photographs of injury—Plaintiff, District 1 Medical Examiner, and Florida Department of Corrections;

5. Photographs of cell and crime scene—Florida Department of Corrections;

6. Personnel records of Defendants—Florida Department of Corrections and Centurion of Florida;

7. OIG report and associated materials—Florida Department of Corrections;

8. Incident and MINS reports—Florida Department of Corrections;

9. Housing Unit and Security Logs—Florida Department of Corrections;

10. Audio-recorded witness statements of Defendants and other personnel—Florida Department of Corrections;

11. Fixed-wing video footage—Florida Department of Corrections.

**III. <u>Rule 26(a)(1)(A)(iii)</u>:** computation of each category of damages claimed:

At present, Plaintiff has calculated her damages as follows.

A. Compensatory damages:

a. Noneconomic damages are not conducive to exact measurement

and are to be determined by a jury.

b. Economic damages for funeral costs: to be calculated.

B. Punitive and exemplary damages: are not conducive to exact measurement and are to be determined by a jury.

C. Attorney’s fees pursuant to 42 U.S.C. § 1988.

**IV. Rule 26(a)(1)(A)(iv):** any insurance agreement: Not applicable.

Dated: October 14, 2026

Respectfully submitted,

*/s/ James Slater*

Sam A. Harton
ROMANUCCI & BLANDIN
321 n Clark Street, STE 900
Chicago, IL 60654
312-253-8509
sharton@rblaw.net

James Slater
SLATER LEGAL PLLC
2296 Henderson Mill Rd NE STE 116
Atlanta, GA 30345
404-458-7283
james@slater.legal

Counsel for Plaintiff