**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STACIE LAVIANO, individually,
as Personal Representative of the
ESTATE OF TREY ALLYN CORNWELL,
and on behalf of the estate and survivors,

Plaintiff,

v. **CASE NO.:** 3:26-cv-03970-TKW-ZCB

CENTURION OF FLORIDA, LLC,
et al.,

Defendants.
_______________________________________/

**DEFENDANTS' RULE 26(a)(1) DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants, Centurion of Florida, LLC, ("Centurion"), Rebecca Price, LPN, Sheila Melvin, APRN, Daniel Winfree, RN, Jeremy Shiver, PsyD, Deone Johnson, LPN, Kristina Tichenor, RN, BH, and Steve Jones, LPN, (collectively, "Defendants"), hereby identify the following witnesses and disclose the following documents and information.

**WITNESSES**

Defendants identify the following individuals likely to have discoverable information that it may use to support its claims or defenses:

1. Plaintiff, Stacie Laviano
c/o Sam Harton, Esq., of Romanucci & Blandin and James Slater, Esq., of Slater Legal PLLC.
Attorneys for Plaintiff

2. Centurion of Florida LLC, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Centurion

3. Rebecca Price, LPN, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Price

4. Sheila Melvin, APRN, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Melvin

5. Daniel Winfree, RN, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Winfree

6. Jeremy Shiver, PsyD, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Shiver

7. Deone Johnson, LPN, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Johnson

8. Kristina Tichenor, RN, BH, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Tichenor

9. Steve Jones, LPN, Defendant
c/o Ethen Shapiro, Esq., and Rachel Eilers, Esq., of Hill, Ward & Henderson, P.A.,
Attorneys for Defendant Jones

10. Timothy Trainer, Defendant
c/o Clarissa Jimenez, Esq., of the Office of Attorney General
Attorney for Defendant Trainer

11. Valerie Boatwright, Defendant
c/o Clarissa Jimenez, Esq., of the Office of Attorney General
Attorney for Defendant Boatwright

12. Hailey Lynn-Marie Monroe, Defendant
c/o Clarissa Jimenez, Esq., of the Office of Attorney General
Attorney for Defendant Monroe

13. Any individuals named in Plaintiff's medical records.

14. Any individuals listed on Plaintiff's Rule 26 Disclosures.

15. Any individuals listed in Co-Defendants' Rule 26 Disclosures.

**DOCUMENTS**

All documents, photographs, and/or tangible things Defendants anticipate using to support their claims or defenses are located at the offices of Hill, Ward & Henderson, P.A., 101 East Kennedy Boulevard, Suite 3700; Tampa, Florida 33602, and include:

1. Medical records of Inmate Cornwell obtained through discovery.

2. Any and all responses or documents produced during discovery.

3. Prison records, including medical grievances, of Inmate Cornwell.

4. Florida Department of Corrections documents from Inmate Cornwell's prison file.

5. Any documents filed and/or served in the U.S. District Court, Northern District of Florida, Case No. 3:26-cv-03970-TKW-ZCB.

6. Any documents listed in Plaintiff's Rule 26 Disclosures.

7. Any documents listed in Co-Defendants' Rule 26 Disclosures.

**DAMAGES**

Defendants maintain that Plaintiff did not incur any damages, for which Defendants can be held liable. If Defendants prevail, they are entitled to the recovery of reasonable attorneys' fees as well as costs and expenses incurred in defending against this action.

**INSURANCE**

A copy of the relevant policy's declaration page will be provided.

Respectfully submitted,

*/s/ Rachel E. Eilers*

Ethen R. Shapiro (FBN 669881)
Ethen.Shapiro@hwhlaw.com
Rachel E. Eilers (FBN 1019587)
Rachel.Eilers@hwhlaw.com
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
*Attorneys for Defendants Centurion of Florida, LLC, Centurion of Rebecca Price, LPN, Sheila Melvin, APRN, Daniel Winfree, RN, Jeremy Shiver, PsyD, Deone Johnson, LPN, Kristina Tichenor, RN, BH, and Steve Jones, LPN*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **October 16, 2026**, a true and correct copy of the foregoing Rule 26(a)(1) Disclosures has been furnished by electronic mail to all counsel of record and electronically filed with the Clerk of the Court by using the CM/ECF system which will provide a notice of electronic filing to counsel of record.

/s/ *Rachel E. Eilers*

Rachel E. Eilers (FBN 1019587)