**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STACIE LAVIANO, as Personal Representative of the ESTATE OF TREY ALLYN CORNWELL, and on behalf of the estate and survivors,**

**Plaintiff,** **Case No.: 3:26CV03970-TKW-ZCB**

**V.**

**CENTURION OF FLORIDA, LLC, JEREMY SHIVER, KRISTINA TICHENOR, REBECCA PRICE, SHEILA MELVIN, DANIEL WINFREE, DEONE M. JOHNSON, STEVE JONES, OFFICER VALERIE BOATWRIGHT, OFFICER HAILEY LYNN-MARIE MONROE, and OFFICER TIMOTHY MICHAEL TRAINER,**

**Defendants.**
**______________________________________/**

**UNOPPOSED JOINT MOTION AN ORDER GRANTING A SUBSTITUTION OF COUNSEL**

Defendants, OFFICER VALERIE BOATWRIGHT, OFFICER HAILEY LYNN-MARIE MONROE, and OFFICER TIMOTHY MICHAEL TRAINER, by and through the undersigned counsel, hereby moves this Court for an Order granting them a substitution of counsel wherein SHERIDAN WEISSENBORN from the law firm of DUTTON LAW GROUP, P.A. would be substituted as counsel of record for the Defendants in place of JAMES UTHMEIER, ATTORNEY GENERAL, AND CLARISSA V. JIMENEZ, ESQ. effective upon the Court's approval of this Stipulation.

1. OFFICER VALERIE BOATWRIGHT, OFFICER HAILEY LYNN-MARIE MONROE, and OFFICER TIMOTHY MICHAEL TRAINER consent to this

substitution.

2. They request that all future notices, filings, and correspondence in this matter should be directed to Sheridan Weissenborn at the address set forth below.

3. The undersigned attorneys hereby stipulate and agree with the full consent of the Defendants, OFFICER VALERIE BOATWRIGHT, OFFICER HAILEY LYNN-MARIE MONROE, and OFFICER TIMOTHY MICHAEL TRAINER that the Stipulation for Substitution of Counsel is approved.

4. They ask that Attorney, Clarissa Jimenez, shall have no further obligations or responsibilities in connection with this action upon the granting of this Motion. All future pleadings and papers to be served upon the Defendants, OFFICER VALERIE BOATWRIGHT, OFFICER HAILEY LYNN-MARIE MONROE, and OFFICER TIMOTHY MICHAEL TRAINER, should be directed to Sheridan Weissenborn to the law firm of DUTTON LAW GROUP., P.A., as attorneys of record.

DATED this October 15, 2026

Clarissa Jimenez, Esq.
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, FL 32399
Clarissa.jimenez@myfloridalegal.com
Dennisha.Jackson@myflooridalegal.com
Spencer.Gordon@myfloridalegal.com

/s/Clarissa Jimenz
Florida Bar No: 1040920

Sheridan K. Weissenborn
Attorney for Defendants, Boatwright, Monroe & Trainer
Dutton Law Group, P.A
1725 ½ E. 7th Avenue
Ybor City, Florida 33605
(786) 350-2759
service.skw@duttonlawgroup.com
sweissenborn@duttonlawgroup.com

/s/ Sheridan K. Weissenborn
Florida Bar No: 165960

## CERTIFICATE OF CONFERRAL

**I HEREBY CERTIFY that I have conferred with all counsel of record via email and there is no objection to this requested substitution of counsel.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of October 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

**RESPECTFULLY SUBMITTED:**

DUTTON LAW GROUP, P.A.
1725 ½ E. 7th Avenue
Ybor City, FL 33605
Phone (786) 350-2759
Counsel for the Defendant

/s/ Sheridan K. Weissenborn
SHERIDAN K. WEISSENBORN
Florida Bar No: 165960
Service.SKW@duttonlawgroup.com
SWeissenborn@duttonlawgroup.com