UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACIE LAVIANO, as Personal Representative of the ESTATE OF TREY ALLYN CORNWELL, and on behalf of the estate and survivors,

Plaintiff, Case No.: 3:26-cv-03970-TKW-ZCB

CENTURION OF FLORIDA, et al.

Defendants.

______________________________________/

**ORDER GRANTING THE UNOPPOSED MOTION OF THE DEFENDANTS VALERIE BOATWRIGHT, HAILEY LYNN MARIE MONROE AND TIMOTHY MICHAEL TRAINER'S MOTION TO ALLOW THE OFFICE OF THE ATTORNEY GENERAL OF FLORIDA TO WITHDRAW AS COUNSEL FOR THE DEFENDANTS VALERIE BOATWRIGHT, HAILEY LYNN-MARIE MONROE, AND TIMOTHY MICHAEL TRAINER AND TO ALLOW SHERIDAN WEISSENBORN OF THE DUTTON LAW GROUP P.A. TO SUBSTITUTE IN AS COUNSEL FOR THE DEFENDANTS, VALERIE BOATWRIGHT, HAILEY LYNN-MARIE MONROE AND TIMOTHY MICHAEL TRAINER**

**THIS CAUSE** came on to be heard before me upon the Unopposed Motion of The Office of the Attorney of Florida to Withdraw as Counsel for the Defendants, Valerie Boatwright, Hailey Lynn-Marie Monroe, and Timothy Michael Trainer, and to allow Sheridan Weissenborn of the Dutton Law Group to substitute in as counsel for these Defendants, and having been advised in the

premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion to allow the Office of the Attorney General of Florida to withdraw as counsel for these Defendants is granted, inclusive of the withdrawal of Ms. Clarissa Jimenez and they should have no further responsibilities.

2. Sheridan Weissenborn of the Dutton Law Firm shall be substituted as counsel and shall advise the Court if she shall be lead counsel.

**DONE AND ORDERED** in chambers at Pensacola, Florida on this _____ day of October 2026.

______________________________
The Honorable T Kent Wetherell II.
United States District Judge

Copies furnished to:
sharton@rblaw.net
james@slater.legal
ethen.shapiro@hwhlaw.com
Rachel.Eilers@hwlaw.com
clarissa.jimenez@myfloridalegal.com
sweissenborn@duttonlawgroup.com.