UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACIE LAVIANO, as Personal Representative of the ESTATE OF TREY ALLYN CORNWELL, and on behalf of the estate and survivors,

Plaintiff,

Case No.: 3:26-cv-03970-TKW-ZCB

CENTURION OF FLORIDA, LLC, JEREMY SHIVER, KRISTINA TICHENOR, REBECCA PRICE, SHEILA MELVIN, DANIEL WINFREE, DEONE M. JOHNSON, STEVE JONES, OFFICER VALERIE BOATWRIGHT OFFICER HAILEY LYNN-MARIE MONROE, and OFFICER TIMOTHY MICHAEL TRAINER,
.

Defendants.
_______________________________________________/

**NOTICE OF APPEARANCE AS LEAD COUNSEL AND COUNSEL FOR THE DEFENDANTS, VALERIE BOATWRIGHT, HAILEY LYNN MARIE MONROE, AND TIMOTHY MICHAEL TRAINER**

**PLEASE TAKE NOTICE** the undesigned, Sheridan Weissenborn, Dutton Law Group, P.A. is hereby appearing as counsel for the Defendants, Valerie Boatwright, Hailey Lynn Marie Monroe, and Timothy Michael Trainer, and requests until further order of this Court that all parties to the above-styled cause hereinafter send copies of all pleadings to the undersigned at:

sweissenborn@duttonlawgroup.com and service.skw@duttonlawgroup.com

**RESPECTFULLY SUBMITTED:**
**DUTTON LAW GROUP, P.A.**
17251/2 E. 7th Ave.
Ybor City, Fl. 33605
Phone: 786 350 2759
sweissenborn@duttonlawgroup.com
Service.skw@duttonlawgroup.com

By:/s/Sheridan Weissenborn
**Sheridan Weissenborn**
Fla. Bar. No: 165960

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this16th day of September 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF. I also certify that the foregoing Notice of Appearance is being served upon James Murray Slater, Esq., Slater Legal PLLC, 2296 Henderson Mill Road NE., Ste. 116, Atlanta, Ga., 30345, Samantha Harton, Esq., Romanucci & Blandin LLC, 321 N. Clark, St., Chicago, Ill. 60654, Ethan Shapiro, Esq., Hill Ward & Henderson, 101 E. Kennedy Blvd. Ste. 3700, Tampa Fla. 33602, Rachel Elizabeth Eilers, Esq., , Hill Ward & Henderson, 101 E. Kennedy Blvd. Ste. 3700, Tampa Fla. 33602, and to Clarissa Virginia Jimenz, Esq. Florida Attorney General's Office Civil Litigation, PL-01 The Capital, Tallahassee, Fla. 32399.

**DUTTON LAW GROUP, P.A.**
17251/2 E. 7th Ave.
Ybor City, Fl. 33605
Phone: 786 350 2759
sweissenborn@duttonlawgroup.com
Service.skw@duttonlawgroup.com

By:/s/Sheridan Weissenborn
**Sheridan Weissenborn**
Fla. Bar. No: 165960