UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACIE LAVIANO, as Personal Representative of the ESTATE OF TREY ALLYN CORNWELL, and on behalf of the estate and survivors,

Plaintiff, Case No.: 3:26-cv-03970-TKW-ZCB

CENTURION OF FLORIDA, LLC, JEREMY SHIVER, KRISTINA TICHENOR, REBECCA PRICE, SHEILA MELVIN, DANIEL WINFREE, DEONE M. JOHNSON, STEVE JONES, OFFICER VALERIE BOATWRIGHT OFFICER HAILEY LYNN-MARIE MONROE, and OFFICER TIMOTHY MICHAEL TRAINER,
.

Defendants.

_______________________________________________/

**RULE 26(a)(1) DISCLOSURES FILED BY VALERIE BOATWRIGHT, HAILEY LYNN-MARIE MONROE, AND TIMOTHY MICHAEL TRAINER**

The Defendants, VALERIE BOATWRIGHT, HAILEY LYNN-MARIE MONROE and TIMOTHY MICHAEL TRAINER through her undersigned counsel, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, serves her Initial Disclosures based upon information that is reasonably available to them at this

time:

**I. Individuals likely to have discoverable information:**

1. Stacie Laviano, Plaintiff
Care of Her Counsel of Record

Information regarding the claims and damages.

2. Troy Laviano
Care of Her Counsel of Record

Possible damage information.

3. Rebecca Price, LPN,
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Believed to have information that would relate to liability and damages.

4. Sheila Melvin, APRN, Defendant
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Believed to have information that would relate to liability and damages.

5. Daniel Winfree, RN, Defendant
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Believed to have information that would relate to liability and damages.

6. Jeremy Shiver, PsyD, Defendant
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Believed to have information that would relate to liability and damages.

7. Deone Johnson, LPN, Defendant
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Believed to have information that would relate to liability and damages.

8. Kristina Tichenor, RN, BH, Defendant
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Believed to have information that would relate to liability and damages.

9. Steve Jones, LPN, Defendant
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Believed to have information that would relate to liability and damages.

10. Valerie Boatwright
Care of Sheridan Weissenborn, Dutton Law Group

Liability.

11. Hailey Lynn Marie Monroe
Care of Sheridan Weissenborn, Dutton Law Group

Liability.

12. Timothy Michael Trainer
Care of Sheridan Weissenborn, Dutton Law Group

Liability.

13. Custodian of Records
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, Fla. 32399

Authentication of Documents

14. Corporate Representative of Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, Fla. 32399

Florida Department of Corrections policies and procedures, post incident investigation, incarceration of the Decedent, and relationship with Centurion of Florida and possibly some aspects of liability.

15. Custodian of Records, Centurion of Florida
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Authentication of records.

16. Corporate Representative of Centurion of Florida
Care of Counsel Ethan Shapiro, Esq. and Rachel Eilers, Esq.
Hill, Ward, & Henderson

Centurion's policies and procedures related to the provision of medical services provided at the prison, post incident investigation, the care of the Decedent, and liability and damages.

17. Custodian of Records Santa Rosa Medical Center
6002 Berryhill Road
Milton, Fla. 32570

Authentication of Records

18. The medical doctors and nurses who treated decedent at Santa Rosa
6002 Berryhill Road
Milton, Fla. 32570

They will be able to testify regarding the Decedent's medical condition at the Santa Rosa Hospital and his treatment.

19. The medical personnel listed by Centurion who will be able to testify about their care and treatment of the Decedent.

20. Any individuals named in the Decedent's medical records.

21. All persons or entities listed by Plaintiff in its disclosures who are not already listed here.

## II. Documents in the Possession of These Defendants

At this time these Defendants do not have documents in their possession and will have to obtain the same through discovery. However, they believe the following documents may be available to support their defense.

1. The full classification file and all records maintained by Florida Department of Corrections related to the Decedent for the period the Decedent was incarcerated.

2. The decedent's medical records during his incarceration maintained by Centurion and/or Florida Department of Corrections.

3. All MINS reports maintained by the Department of Corrections related to the incident that gives rise to this lawsuit.

4. Any reports prepared by the Office of the Inspector General.

5. Housing logs in the possession of Florida Department of Corrections

6. The security logs and rosters maintained by Florida Department of

Corrections.

7. Post investigation reports.

8. Any witness statements obtained by Florida Department of Corrections, inclusive of those of these Defendants.

9. Any fixed wing videos that Florida Department of Corrections has.

10. All documents obtained during discovery in this case.

**III. Damages:**

These Defendants are not seeking damages.

**IV. Insurance:**

These Defendants have no personal insurance that would cover them.

**RESPECTFULLY SUBMITTED:**
**DUTTON LAW GROUP, P.A.**
17251/2 E. 7th Ave.
Ybor City, Fl. 33605
Phone: 786 350 2759
sweissenborn@duttonlawgroup.com
Service.skw@duttonlawgroup.com

By:/s/Sheridan Weissenborn
**Sheridan Weissenborn**
Fla. Bar. No: 165960

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 16th day of October I served electronically the foregoing to Initial Disclosures upon James Murray Slater, Esq., Slater Legal

PLLC, 2296 Henderson Mill Road NE., Ste. 116, Atlanta, Ga., 30345, Samantha Harton, Esq., Romanucci & Blandin LLC, 321 N. Clark, St., Chicago, Ill. 60654, Ethan Shapiro, Esq., Hill Ward & Henderson, 101 E. Kennedy Blvd. Ste. 3700, Tampa Fla. 33602, Rachel Elizabeth Eilers, Esq., , Hill Ward & Henderson, 101 E. Kennedy Blvd. Ste. 3700, Tampa Fla. 33602, and to Clarissa Virginia Jimenz, Esq. Florida Attorney General's Office Civil Litigation, PL-01 The Capital, Tallahassee, Fla. 32399.

**DUTTON LAW GROUP, P.A.**
17251/2 E. 7th Ave.
Ybor City, Fl. 33605
Phone: 786 350 2759
sweissenborn@duttonlawgroup.com
Service.skw@duttonlawgroup.com

By:/s/Sheridan Weissenborn
**Sheridan Weissenborn**
Fla. Bar. No: 165960