**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STACIE LAVIANO,** as Personal Representative of the Estate of Trey Allyn Cornwell, and on behalf of the estate and survivors,

**Plaintiff**,

**v.** **Case No. 3:26-cv-3970-TKW-ZCB**

**CENTURION OF FLORIDA, LLC**, **et al.**,

**Defendants**.
_________________________________/

# ORDER

Upon due consideration of the unopposed motion to substitute counsel (Doc. 41), it is

**ORDERED** that the motion is **GRANTED**, and attorney Sheridan Weissenborn is substituted for attorney Clarissa V. Jiminez as counsel of record for Defendants Boatwright, Monroe, and Trainer. Ms. Jiminez has no further obligation to represent these defendants and the Clerk shall terminate her as counsel of record for them in CM/ECF.

**DONE and ORDERED** this 19th day of October, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**